United States District Court
Southern District of Texas
**ENTERED**
April 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACCENT PACKAGING, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:17-cv-0236 |
| | § | |
| PINNACLE WIRE GROUP, LLC, and | § | |
| PINNACLE WIRE, LLC, | § | |
|     Defendants. | § | |

## ORDER

Pursuant to Plaintiff's "Notice of Partial Voluntary Dismissal Without Prejudice" [Doc. # 16], Plaintiff's claims against Defendant Pinnacle Wire Group, LLC are **DISMISSED without prejudice**.

As this Order results in dismissal of the second of the two Defendants, and Plaintiff has no further live claims, this case will be closed.

SIGNED at Houston, Texas, this **21st** day of **April, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE